UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT A. HICKEY,
                Petitioner,

v.                                    Civil Action No.  05-10406-JLT

UNITED STATES OF AMERICA ,
                Respondent

O R D E R

TAURO, D. J.

      On February 24, 2005, petitioner Robert A. Hickey, now incarcerated at FCI Ray Brook, submitted for filing his pro se petition challenging the criminal sentence entered in United States v. Hickey, C.R. No. 88-341-S.

      Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the pro se petition upon the office of the United States Attorney.

      It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the pro se petition.

 5/16/05                                        /s/ Joseph L. Tauro
    Date                                      Joseph L. Tauro
                                              United States District Judge