# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil  No. 05-10406-JLT

Title:  Hickey v. United States

## N O T I C E

The above-entitled case has been returned to the Clerk for reassignment.

Please take notice that this case previously assigned to Judge  Tauro  has been reassigned to Judge  O'Toole  for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  GAO .

Thank you for your cooperation in this matter.


SARAH A. THORNTON
CLERK OF COURT


By:   s/ Barbara Morse
      Deputy Clerk

Date: July 7, 2005