# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 ROBERT A. HICKEY
              Petitioner

      v.                                   CIVIL ACTION NO.    05-10406-GAO

 UNITED STATES OF AMERICA
              Respondent

## JUDGMENT IN A CIVIL CASE

 O'TOOLE        , D.J.

☐    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

The court dismisses petitioner's ( #1) Motion to Address Federal Question pursuant to 28 USC section 1331, substantially for the reasons advanced by the respondent in Parts A and B of its Memorandum of Law in Response to Defendant's Petition Challenging Criminal Sentence ( dkt. No. 3)

SARAH A. THORNTON,
CLERK OF COURT

Dated: 8/12/05                         By   Paul S. Lyness
                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)